UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. DELMAGE<br><br>        Plaintiff,<br><br>        v.<br><br>JPI, LLC; SIERRA WEST APTS. COMPLEX a.k.a. "THE ZOO," and Does 1-100, Inclusive, et al.<br><br>        Defendants. | Case No. S-06-CV-01674 RRB-KJM<br><br>**ORDER GRANTING MOTIONS TO AMEND COMPLAINT AND TO REMAND ACTION TO STATE COURT** |

      After considering all of the moving, opposition and reply papers filed in connection with the two motions of Plaintiff Mark Delmage: (1) to amend his complaint to name Steven Stumpf as DOE 101; and (2) to remand this action to state court for lack of diversity jurisdiction, and GOOD CAUSE APPEARING THEREFOR,

      IT IS HEREBY ORDERED THAT Plaintiff Mark Delmage's Motion for Leave to Amend his Complaint by substituting the name of Steven Stumpf for Doe 101 BE and HEREBY IS GRANTED; and

      IT IS FURTHER ORDERED THAT Plaintiff Mark Delmage's Motion to Remand this Action to Butte County Superior Court for lack of

---

**ORDER Granting Motion to Amend and
Motion To Remand Action to State Court**    1

1 | **diversity jurisdiction BE and HEREBY IS GRANTED;**

2 | **_____**

3 | **_____.**

4 | **IT IS SO ORDERED.**

5 |

6 | **Dated: February 11, 2008.**

7 | /s/ Ralph R. Beistline
    **HON. RALPH R. BEISTLINE**
8 | **UNITED STATE DISTRICT COURT JUDGE**